**STATE OF LOUISIANA**       *       **NO. 2019-KA-0186**

**VERSUS**       *       **COURT OF APPEAL**

**TRAE WILLIAMS**       *       **FOURTH CIRCUIT**

*       **STATE OF LOUISIANA**

*

*

\* \* \* \* \* \* \*


**JENKINS, J., CONCURS IN THE RESULT**